# ELECTRONIC RECORD

| | | |
|---|---|---|
| COA # 13-14-00161-CR | OFFENSE: | 10.01 |
| STYLE: Juliane Myra Minor v. The State of Texas | COUNTY: | Kleberg |
| COA DISPOSITION: AFFIRMED | TRIAL COURT: | 105th District Court |
| DATE: 6/25/15      Publish: NO | TC CASE #: | 12-CRF-0357 |

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Juliane Myra Minor v. The State of Texas

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSE_

DATE: _11/04/2015_

JUDGE: _Per Curiam_

CCA #: **0997-15**

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____       PC: _____

PUBLISH: _____       DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD